# United States District Court
# Central District of California

| | |
|---|---|
| SUNDESA LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>HARRISON-DANIELS, INC.,<br><br>               Defendants. | Case No. 2:14-cv-8713-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Satisfaction of Judgment (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **June 25, 2015**, why settlement has not been finalized and why the Court should retain jurisdiction for the purposes of the permanent injunction. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 26, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**